IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

HANIF K. AL-MUTAWAKKIL, )
)
    Plaintiff, )
v. ) Civil Action No. 3:21CV387–HEH
)
J. ANDREWS, *et al.*, )
)
    Defendants. )

## MEMORANDUM OPINION
### (Dismissing Action for Lack of Service)

Plaintiff, a Virginia inmate proceeding *pro se* filed this civil rights action. The matter is before the Court on Plaintiff's failure to serve Defendants within the time required by Federal Rule of Civil Procedure 4(m).

Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff had ninety (90) days from the filing of the complaint to serve the defendants. Here, that period commenced on November 23, 2021. By Memorandum Order entered on March 4, 2022, the Court directed Plaintiff, within eleven (11) days of the date of entry thereof, to show good cause for his failure to serve the Defendants within the time required by Rule 4(m). Plaintiff has not responded. Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                                              /s/
                                      Henry E. Hudson

Date: March 24, 2022       Senior United States District Judge
Richmond, Virginia